WAITE vs GULF, COLORADO & SANTA FE RAILROAD CO.

Opinion delivered October 1, 1898.

*Failure to File Brief—Dismissal.*

Where appellant fails to file brief, as required by rule 10, the
appeal will be dismissed.

Appeal from the United States Court for the Southern
District.

C. B. KILGORE, Judge.

Action by Fred L. Waite and others against the Gulf,
Colorado & Santa Fe Railroad company.    Judgment for
defendant.    Plaintiff appeals.    Dismissed.

*C. L. Herbert* and *Yancey Lewis*, for appellants.

*P. L. Soper*, for appellee.

CLAYTON, J.    This case was submitted to this court
for decision on the 5th day of January, 1898, upon briefs to
be filed within 30 days from that date.    No briefs having
been filed in the case by either of the parties to the suit, the
appeal is hereby dismissed for a failure on the part of the
appellants to comply with rule 10 of this court.